| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**225 Restaurant LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Lucy Brown's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **26-1183450** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**225 Varick Street<br>New York, NY**<br>ZIPCODE **10014** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**225 Varick Street, New York, NY**
ZIPCODE **10014**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>**Limited Liability Company** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**225 Restaurant LLC** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　　　　Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **225 Restaurant LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Neal M. Rosenbloom Esq.**
Signature of Attorney for Debtor(s)

**Neal M. Rosenbloom Esq.**
**Goldberg, Weprin, Finkel,**
**Goldstein, L.L.P.**
**1501 Broadway, 22nd Floor**
**New York, NY 10036**
**(212) 221-5700 Fax: (212) 422-6836**
**nrosenbloom@gwfglaw.com**

**February 5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andrew Silverman**
Signature of Authorized Individual

**Andrew Silverman**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 5, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                              Chapter 11

225 RESTAURANT LLC,                                 Case No.

                        Debtor.

-------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of the members of 225 Restaurant LLC (the "Company") held on February 4, 2010, and upon due consent and after motion duly made, seconded and unanimously carried, it is hereby:

> **RESOLVED**, that the Company is authorized and empowered to cause the filing of a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, and that the same is in the best interests of the Company and its creditors and equity holders; and it is further

> **RESOLVED**, that the Company is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel for purposes of filing and prosecuting this Chapter 11 case.

Dated: New York, New York
        February 5, 2010

                                    225 RESTAURANT LLC

                                    By: _____
                                        Name: Andrew Silverman
                                        Title: Managing Member

NEAL M. ROSENBLOOM, ESQ. (NMR-5465)
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Attorneys for the Debtor
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                  Chapter 11

225 RESTAURANT LLC,                                     Case No.

                              Debtor.
--------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULES

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

        Andrew Silverman, being duly sworn deposes and says:

        1.      I am the managing member of 225 Restaurant LLC (the "Debtor"),

and as such I am familiar with the operations, business and financial affairs of the Debtor.

        2.      I submit this affidavit in accordance with the Local Bankruptcy

Rules and in support of the voluntary petition filed by the Debtor under Chapter 11 of

Title 11 of the United States Code (the "Bankruptcy Code").

        3.      There is no pending bankruptcy case against the Debtor and this

petition is filed as a voluntary Chapter 11 proceeding.

4. Pursuant to Bankruptcy Rule 1007(4), is a list containing the name, address, and amounts owed to the creditors holding the 20 largest unsecured claims against the Debtor. The Debtor has no secured claimants and no list is being filed.

5. In accordance with Local Bankruptcy Rules, a list containing the equity holders and members of the Debtor is attached hereto.

6. The Debtor owns a restaurant known as Lucy Brown's located at 225 Varick Street, New York, New York. The Debtor began business operations at the very end of December, 2007, at the start of the economic recession which has gripped our city and the nation at large. Unfortunately, the Debtor has not attained the business volume needed to operate profitably, and as such, the Debtor fell behind in monies owed to its creditors and, most prominently to its landlord. The landlord commenced a nonpayment eviction proceeding against the Debtor, and on January 27, 2010, a judgment of $196,601.78 was entered against the Debtor for rent and additional rent owed through October, 2009. Rent and additional rent is owing to the landlord for November and December, 2009 and January and February, 2010. The Debtor has paid the landlord $50,000.00 on account of the arrears.

7. This Chapter 11 case is being filed as an emergency petition to prevent the imminent entry of a warrant of eviction which would terminate the Debtor's lease and to give the Debtor the opportunity to reorganize its business operations under the auspices of Chapter 11 of the Bankruptcy Code. The Debtor's management are very experienced and successful restaurateurs in New York City and with the stay afforded by

the provisions by the Bankruptcy Code, the Debtor verily believes that it will be able to successfully reorganize and emerge from Chapter 11 of the Bankruptcy Code.

_____
Andrew Silverman

Sworn to before me this
_S_ day of February, 2010

_____
NOTARY PUBLIC
Reg. No. 02DO6041111
Expires 5/1/10
Qualified in Suffolk County

# United States Bankruptcy Court
## Southern District of New York

IN RE:

Case No. _____

225 Restaurant LLC

Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address<br>including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim<br>(trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Rector, Church-Wardens And Vestrymen Of Trinity Church<br>Box 5053 GPO<br>New York, NY 10087 | | | Disputed | 146,601.78 |
| Silver & Company<br>155 E. 55th Street, Suite 300B<br>New York, NY 10022 | (212) 644-1222 | | | 14,450.00 |
| Swede Farms<br>480 Alfred Avenue<br>Teaneck, NJ 07666 | (201) 862-9920 | | | 12,561.78 |
| NYC Dept. Of Consumer Affairs<br>Attn: Sidewalk Cafe<br>42 Broadway, 5th Floor - Room 15<br>New York, NY 10004 | | | | 11,904.99 |
| L. Kurtz Purveyor, Inc.<br>77 Seventh Avenue, Suite 21J<br>New York, NY 10011 | Larry Kurtz<br>(212) 243-4629 | | | 9,724.59 |
| Arrow Linen Supply Co., Inc.<br>467 Prospect Avenue<br>Brooklyn, NY 11215 | (718) 788-2000 | | | 9,556.50 |
| Isabella City Carting Corp.<br>1564 Haight Avenue<br>Bronx, NY 10461 | (718) 824-8246 | | | 8,778.26 |
| John's Market<br>1983 54th Street<br>Brooklyn, NY 11204 | (718) 258-8400<br>(718) 258-2170 | | | 6,988.03 |
| Pest Elimination<br>PO Box 1092<br>New York, NY 10013 | (212) 945-0868 | | | 6,415.83 |
| H&S Pacific Trading Corp.<br>PO Box 485<br>Huntington Station, NY 11746 | (631) 271-3854 | | | 6,045.04 |
| Ecolab Inc.<br>PO Box 905327<br>Charlotte, NC 28290-5327 | (800) 352-5326 | | | 4,544.34 |
| Imperial Bag & Paper Co., LLC<br>General Post Office<br>PO Box 27305<br>New York, NY 10087-7305 | | | | 4,278.85 |
| Pat La Frieda<br>601 Washington Street<br>New York, NY 10014 | (212) 929-2420 | | | 4,186.60 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| Southern Wine & Spirits Of NY<br>PO Box 9034<br>345 Underhill Boulevard<br>Syosset, NY 11791 | Adam Friedberg<br>(857) 544-0607 | 3,293.23 |
| Down East Seafood<br>311 Manida Street<br>Bronx, NY 10474 | | 3,268.76 |
| John Zaborskis<br>All City Rest. Upholstery<br>32 Lenevar Avenue<br>Staten Island, NY 10309 | (718) 227-4389 | 3,076.37 |
| Kyra R. Simmonds<br>255 Spring Valley Avenue<br>Hackensack, NJ 07601 | Kyra R. Simmonds<br>(201) 741-4713 | 3,072.25 |
| Empire Merchants LLC<br>16 Bridgewater Street<br>Brooklyn, NY 11222-9964 | Lou Goldstein<br>(917) 553-8213 | 1,737.16 |
| Premier Electric Inc.<br>19 West 36th Street, 12th Floor<br>New York, NY 10019 | (212) 736-8811 | 1,654.01 |
| Kobricks Coffee Company, Inc.<br>693 Luis Marin Boulevard<br>Jersey City,, NJ 07310 | Lee Kobrick<br>(800) 562-7491 | 1,517.55 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 5, 2010**       Signature: */s/ Andrew Silverman*

**Andrew Silverman, Managing Member**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

In re:                                              Chapter 11

225 RESTAURANT LLC,                                 Case No.

                          Debtor.

## LIST OF EQUITY HOLDERS

Dom Enterprise                    10%

Jeffrey Tendler                   25%

Andrew Silverman                  65%

Executed on February 5, 2010

                              225 RESTAURANT LLC

                              By: _____
                                  Name: Andrew Silverman
                                  Title: Managing Member

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                          Case No. _____

225 Restaurant LLC _____             Chapter 11 _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: February 5, 2010 _____   Signature: /s/ Andrew Silverman _____
                                                  **Andrew Silverman, Managing Member**                    Debtor


Date: _____             Signature: _____
                                                                                    Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

All In One
664 10th Ave
New York, NY 10036

Anheuser Busch
Po Box 1639
Long Island City, NY 11101

Arrow Linen Supply Co., Inc.
467 Prospect Ave.
Brooklyn, NY 11215

Balter Sales Company, Inc.
209 Bowery
New York, NY. 10002

Balthazar Bakery
214 South Dean Street
Englewood, NJ., 07631

BCD Distribution
Po Box 2646
Lake Ronkonkoma, NY 11779

Big Apple Dairy Desserts
PO Box 601
Lindenhurst New York 11757

Broadview Networks
PO Box 9242
Uniondale NY 11555-9242

Coca Cola
PO Box 4108
Boston, MA 02211-4108

Con Edison
JAF Station
P O Box 1702
New York, NY10116-1702

Covad Communications
Dept. 33408
PO. Box 39000
San Francisco, CA. 94139-0001

D&A Refrigeration Inc
2565 Pearsall Inc
Bronx NY 10469

Down East Seafood
311 Manida Street
Bronx, NY. 10474

Ecolab Inc
PO Box 905327
Charlotte NC 28290-5327

Empire Merchants LLC.
16 Bridgewater Street
Brooklyn, NY. 11222-9964

H&S Pacific Trading Corp
PO Box 485
Huntington Station, NY 11746

Hamco New York
PO Box 538
West Hempstead, NY 11552

Heartland Food Products
1901 W 47th Place Ste210
Westwood, KS 66205-1834

Imperial Bag & Paper Co., LLC
General Post Office
PO.Box 27305
New York, NY. 10087-7305

Isabella City Carting Corp
1564 Haight Avenue
Bronx  NY 10461

John's Market
1983 54th Street
Brooklyn, NY 11204

John Todd
1656 Hunt Avenue
Bronx NY 10462

John Zaborskis
All City Rest. Upholstery
32 Lenevar Ave
SI, NY 10309

Jon-Da Printing Company
200 Hudson Street
NY   NY  10013

Kobricks Coffee Company, Inc.
693 Luis Marin Blvd.
Jersey City, New Jersey 07310

Kyra R. Simmonds
255 Spring Valley Ave
Hackensack, NJ 07601

L. Kurtz Purveyor, Inc.
77 Seventh Ave.
Suite 21J
New York, NY 10011

Martins Pastry Shoppe
1000 Potato Roll Lane
Chambersburg, PA 17202

MenuPalace.com
250 Ferrand Drive, Suite 1503
Toronto. Ontario  M3C 3G8

Michael Tyler Stationers Inc
200 Varick Street
NY   NY 10014

Nats Satellite Systems Inc
16 Orchard Ave
Saint James NY 11780

New York Medical Supply & Safety Corp
242 West 30th St, 7th Floor
New York, NY 10001

NYC Dept of Consumer Affairs
Att: Side walk Cafe
42 Broadway 5th Fl. Rm15
New York  NY 10004

Ottomanelli & Sons
285 Bleecker Street
New York, NY., 10014

Pat La Frieda
601 Washington St.
New York NY 10014

Pest Elimination
PO Box 1092
NY   NY 10013

Pickle King
220 Ellison St
PO Box 2415 Paterson, NJ 07509

Pipe Dreams
857 Union St. 2-C
Brooklyn, NY 11215

Premier Electric Inc
19 W 36st 12fl.
New York  NY 10019

Professional Appliance
211 E 120 St
New York, NY 10035

Purelite Candle of New York
302 A West 12th St #303,
New York  NY 10014

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Sea Breeze Fish Mkt
541 Ninth Avenue
NY   NY 10018

Silfen-Berman Huntington
30 Central Avenue
East Farmingdale, NY 11735

Silver & Company
155 E 55 St.  Suite 300B
NY   NY 10022

Ski Beer Corp.
169 Gardner Avenue
Brooklyn, NY., 11237

Southern Wine & Spirits of NY
345 Underhill Blvd.
PO Box 9034 Syosset, NY., 11791-9034

Swede Farms
480 Alfred Ave.
Teaneck, NJ., 07666

The Rector, Church-Wardens
and Vestrymen of Trinity Church
Box 5053 GPO
Church Street Station
New York, NY., 10087

Union Beer
1213 Grand St.
Brooklyn, NY 11211-1811

Wesnik Inc
17 Flock Lane
Levitown, NY 11756

**Taxing Agencies**

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, New York 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, New York 12201

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Attention: Legal Affairs – Devora Cohn
Brooklyn, New York 11201

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114